# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

## CASE NO.: 1:22-cv-00062

SUSANNE MASTERS,

    Plaintiff,

v.

CAMPUS COMMUNICATIONS, INC. DBA THE INDEPENDENT FLORIDA ALLIGATOR,

    Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
## (INJUNCTIVE RELIEF DEMANDED)

Plaintiff SUSANNE MASTERS by and through undersigned counsel, brings this Complaint against Defendant CAMPUS COMMUNICATIONS, INC. DBA THE INDEPENDENT FLORIDA ALLIGATOR for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1.  Plaintiff SUSANNE MASTERS ("Masters") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Masters' original copyrighted Work of authorship.

2. Masters specializes in wildlife & wild places photography that are in conjunction with articles that she has written for various publications, including The Guardian, Outdoor Swimmer, Distiller, and the New York Times. Her work is also available for sale on Alamy photo library.

3. Defendant CAMPUS COMMUNICATIONS, INC. DBA THE INDEPENDENT FLORIDA ALLIGATOR ("IFA") is an independent, student-owned newspaper serving the University of Florida.   At all times relevant herein, IFA owned and operated the internet website located at the URL https://www.alligator.org/section/news (the "Website").

Masters alleges that IFA copied Masters' copyrighted Work from the internet in order to advertise, market and promote its business activities.  IFA committed the violations alleged in connection with IFA's business for purposes of advertising and promoting sales to the public in the course and scope of the IFA's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Florida.

8.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9.     Campus Communications, Inc. dba The Independent Florida Alligator is a Florida Corporation, with its principal place of business at 2700 SW 13th Street, Gainesville, FL 32608, and can be served by serving its Registered Agent, Shaun R O'Connor, 2700 SW 13th St., Gainesville, FL 32608.

## THE COPYRIGHTED WORK AT ISSUE

In 2016, Masters created the photograph entitled "Ginnie Springs", which is shown below and referred to herein as the "Work".

<s>x</s>



Masters registered the Work with the Register of Copyrights on November 7, 2019 and was assigned the registration number VA 2-180-717.  The Certificate of Registration is attached hereto as Exhibit 1.

Masters' Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Masters was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. IFA has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, IFA copied the Work.

16. On or about June 28, 2021, Masters discovered the unauthorized use of Work on the Website.

17. IFA copied Masters' copyrighted Work without Masters' permission.

18. After IFA copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its newspaper business.

19. IFA copied and distributed Masters' copyrighted Work in connection with IFA's business for purposes of advertising and promoting IFA's business, and in the course and scope of advertising and selling products and services.

20. Masters' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. IFA committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Masters never gave IFA permission or authority to copy, distribute or display the Work at issue in this case.

23. Masters notified IFA of the allegations set forth herein on October 12, 2021 and November 2, 2021. To date, IFA has failed to respond to Plaintiff's Notices. Copies of the Notices to IFA are attached hereto as Exhibit 3.

## COPYRIGHT INFRINGEMENT

24. Masters incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Masters owns a valid copyright in the Work at issue in this case.

26. Masters registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. IFA copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Masters' authorization in violation of 17 U.S.C. § 501.

28. IFA performed the acts alleged in the course and scope of its business activities.

29. IFA's acts were willful.

30. Masters has been damaged.

31. The harm caused to Masters has been irreparable.

WHEREFORE, the Plaintiff Susanne Masters prays for judgment against the Defendant Campus Communications, Inc. dba The Independent Florida Alligator that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff actual damages and IFA's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

Plaintiff be awarded attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre- and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: March 8, 2022                    Respectfully submitted,

*/s/Craig A. Wirth*
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number: 1032760

angela.nieves@sriplaw.com
LAYLA T. NGUYEN
Florida Bar Number: 1024723
layla.nguyen@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Susanne Masters*