IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SUSANNE MASTERS,

    Plaintiff,

v.                                     Case No. 1:22-cv-62-AW-GRJ

CAMPUS COMMUNICATIONS INC.,
d/b/a THE INDEPENDENT FLORIDA
ALLIGATOR,

    Defendant.

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of dismissal with prejudice. ECF No. 18. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on June 13, 2022.

                                        s/ *Allen Winsor*
                                        United States District Judge